FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0226

_____

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.                O R D E R

BRADLEY JAY HILLIOUS,

  Defendant and Appellant.

_____

  Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

  The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

          For the Court,

             Electronically signed by:
             Mike McGrath
        Chief Justice, Montana Supreme Court
             October 23 2024